**Order filed September 3, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00204-CV

---

## IN THE INTEREST OF K.M.M AND M.W.M., CHILDREN

---

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-45711**

---

## NO. 14-15-00540-CV

---

## IN RE MATTHEW WALTER MAHONEY

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-45711**

# ORDER

On March 9, 2015, Matthew Walter Mahoney filed a notice of appeal from the trial court's order and judgment signed February 6, 2015. That appeal was assigned to this court under our appellate case number 14-15-00204-CV. On July 6, 2015, Matthew Walter Mahoney filed a petition for writ of mandamus complaining of the same order. The original proceeding has been assigned our case number 14-15-00540-CV.

Today, the court, on its own motion, orders the appeal and original proceeding CONSOLIDATED.

PER CURIAM